United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ODIN NORDHEIM,

Plaintiff,

v.

UBER TECHNOLOGIES INC,

Defendant.

Case No. 26-cv-05871-TSH

**ORDER TO SHOW CAUSE**

On June 16, 2026, Plaintiff Odin Nordheim initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2). On July 15, 2026, the Court granted the application but found the complaint deficient under 28 U.S.C. § 1915(e). ECF No. 16. The Court directed Plaintiff to file an amended complaint by August 13, 2026, warning that failure to do so could lead to dismissal of this case.

On August 8, 2026, Plaintiff filed a declaration stating: "I understand that the amended-pleadings deadline remains August 13, 2026. I intend to file any amended pleading by that deadline and to include the factual allegations, jurisdictional basis, and evidentiary support required by the Court." ECF No. 17. As of today, Plaintiff has not filed an amended complaint.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff Odin Nordheim to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 2, 2026. Notice is hereby provided that failure to file a written

response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: August 19, 2026

THOMAS S. HIXSON
United States Magistrate Judge