United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ODIN NORDHEIM,
Plaintiff,
v.
UBER TECHNOLOGIES INC,
Defendant.

Case No. 26-cv-05871-TSH

**ORDER DISCHARGING THIRD SHOW CAUSE ORDER**

On August 19, 2026, the Court ordered Plaintiff Odin Nordheim to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. ECF No. 18. Having reviewed Plaintiff's response (ECF No. 19), the Court **DISCHARGES** the order to show cause and **GRANTS** Plaintiff's request for an extension of time to file an amended complaint. Plaintiff shall file his amended complaint by August 28, 2026. Plaintiff is advised that failure to file an amended complaint by August 28 may result in dismissal of this action.

Pending resolution of the pleadings, the September 17, 2026 case management conference and related deadlines are **VACATED**.

**IT IS SO ORDERED.**

Dated: August 21, 2026

THOMAS S. HIXSON
United States Magistrate Judge