United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIN NORDHEIM,<br>Plaintiff,<br>v.<br>UBER TECHNOLOGIES INC,<br>Defendant. | Case No. 26-cv-05871-TSH<br><br>**ORDER DIRECTING SERVICE** |

On June 16, 2026, Plaintiff Odin Nordheim initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2). On July 15 the Court granted the application, found the complaint deficient under 28 U.S.C. § 1915(e), and directed Plaintiff to file a first amended complaint. ECF No. 16.

On August 22, 2026, Plaintiff filed a First Amended Complaint. ECF No. 21. The Court has engaged in a preliminary screening to ensure the complaint states a claim, is not frivolous, and does not seek monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2). Accordingly, the Clerk of Court shall issue the summons, and the Clerk's Office or the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, the affidavit, and this order upon Defendant.

**IT IS SO ORDERED.**

Dated: August 24, 2026

THOMAS S. HIXSON
United States Magistrate Judge