Laura M. Booth (SBN 179857)
lbooth@shb.com
Nelson X. Liu (SBN 339972)
nliu@shb.com
**SHOOK, HARDY & BACON L.L.P.**
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: 949-475-1500 | Fax: 949-475-0016

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ODIN NORDHEIM,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:26-cv-05871-CRB<br><br>**JOINT STIPULATION TO DISMISS THE MATTER WITHOUT PREJUDICE PENDING ARBITRATION** |

**JOINT STIPULATION TO DISMISS THE MATTER WITHOUT PREJUDICE PENDING ARBITRATION**

Pursuant to Federal Rules of Civil Procedure 41, Plaintiff Odin Nordheim (“Plaintiff”) and Defendant Uber Technologies, Inc. (“Uber”) by and through undersigned counsel, collectively (“Parties”), hereby stipulate as follows:

1. On August 22, 2026, Plaintiff filed a First Amended Complaint.

2. On September 22, 2026, Plaintiff served Uber with the First Amended Complaint.

3. The Parties have conferred and agreed that Plaintiff's claims are subject to arbitration pursuant to Uber's Platform Access Agreement.

4. The Parties further agree that the claims will be resolved through an arbitration proceeding with ADR Services pursuant to the Platform Access Agreement.

5. The Parties agree that this matter shall be dismissed without prejudice pending the outcome of arbitration.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the Parties that, subject to this Court's approval, this case shall be dismissed without prejudice pending the outcome of arbitration.

Dated: November 3, 2026

Respectfully submitted,

**SHOOK HARDY AND BACON LLP**

By:________________________________
Laura M. Booth
Nelson X. Liu

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated: November , 2026

By:________________________________
Odin Nordheim

Plaintiff in Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Charles R. Breyer